*E-FILED - 2/12/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS MCCOY, | ) | No. C 09-0058 RMW (PR) |
| | ) | |
| Petitioner, | ) | ORDER OF DISMISSAL; |
| | ) | INSTRUCTIONS TO CLERK |
| v. | ) | |
| | ) | |
| WARDEN B. CURRY, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

    This action was opened when petitioner, a state prisoner proceeding pro se, filed a 28 U.S.C. § 2254 petition on January 7, 2009. Petitioner's letter, also dated January 7, 2009, states that he re-filed the petition because his earlier case, C 08-4687 RMW (PR), was dismissed for failing to pay the filing fee.

    On December 30, 2008, the court received a $5.00 filing fee in Case No. C 08-4687 RMW (PR), attached to a letter from the Correctional Training Facility in Soledad stating that the failure to submit payment of a filing fee was the fault of the prison system's accounting system, and not the failure of petitioner. As such, on January 23, 2009, the court sua sponte re-opened petitioner's case in Case No. C 08-4687 RMW (PR), and ordered respondent to show cause why the petition should not be granted.

    Accordingly, because the instant case is now duplicative of Case No. C 08-4687 RMW

1  (PR), the instant action is DISMISSED.
2      The clerk shall close the file.
3      IT IS SO ORDERED.
4  DATED: 2/10/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge