***E-FILED - 2/12/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS MCCOY, | ) | No. C 09-0058 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN B. CURRY, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The court has dismissed the instant habeas action. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 2/10/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge